# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SCANNED
DATE: 2/25/04
BY: AC

UNITED STATES OF AMERICA

v.

**JOSE CARRASQUILLO,**
**A/K/A "SANDY,"**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

M.J. No.: 04-1670-CBS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **October 8 and 10, 2003** in **Essex County** in the District of **Massachusetts,** defendant did knowingly or intentionally distribute: cocaine base, a Schedule II controlled substance, also known as "crack cocaine," in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am a **FBI Special Agent** and that this complaint is based on the following facts:

Please see attached Affidavit of FBI Special Agent Mark Karangekis

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

Signature of Complainant
FBI Special Agent Mark Karangekis

Sworn to before me and subscribed in my presence,

February 23, 2004                             at    Boston, Massachusetts
Date                                                 City and State

CHARLES B. SWARTWOOD III
United States Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer