UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v.  ) | |
| ) | |
| JOSE CARISSQUILLO, ) | |
|    A/K/A "SANDY" ) | |
| ) | |
| ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the complaint in the above captioned matter. In support of this motion, the government states that the complaint was sealed, at the government's request, on February 19, 2004, so that no public disclosure of the filing of the complaint would impede attempts to arrest the defendant. On February 24, 2004, the government arrested 14 individuals in connection with this investigation. The defendant was not arrested because agents were unable to locate him. In light of the arrests of the defendant's alleged associates, the government does not believe any benefit is served by maintaining the seal in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys

February 24, 2004

2-24-04
allowed