AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Jose Carrasquillo
AKA Sandy

**WARRANT FOR ARREST**

CASE NUMBER: 04-1670-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Jose Carrasquillo, AKA Sandy____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of cocaine base

in violation of
Title ____21____ United States Code, Section(s) _841(a)_

____Charles B. Swartwood____            ____U.S. Magistrate Judge____
Name of Issuing Officer                                 Title of Issuing Officer

____[signature]____                                          ____2-23-04 @ Boston, MA____
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _____                     by _____
                                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/25/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.