CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:06-mj-00488-UA-ALL
### Internal Use Only

Case title: USA v. Carrasquillo         Date Filed: 04/07/2006

Assigned to: Judge Unassigned

### Defendant

**Jose Carrasquillo** (1)         represented by **Deirdre D Von Dornum**
*TERMINATED: 04/07/2006*         Federal Defenders of New York
*also known as*         Inc. (NYC)
"Clemente Lugardo," (1)         52 Duane Street
*TERMINATED: 04/07/2006*         10th Floor
*also known as*         New York, NY 10007
"Sandy," (1)         212-417-8767
*TERMINATED: 04/07/2006*         Fax: 212-571-0392
        Email: deirdre_vondornum@fd.org
        *LEAD ATTORNEY*
        *Designation: Public Defender or Community Defender Appointment*

### Pending Counts         Disposition
None

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

### Highest Offense Level
### (Opening)
None

### Terminated Counts         Disposition
None

### Highest Offense Level

**(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841:POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE. | |

**Plaintiff**

USA        represented by **Iris Lan**
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2263
Fax: (212)-637-2527
Email: iris.lan@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2006 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Massachusetts) of James M. Lopez, Special Agent, Federal Bureau of Investigation, as to Jose Carrasquillo. (Signed by Judge Theodore H. Katz on 4/7/2006) (gq, ) (Entered: 04/07/2006) |
| 04/07/2006 | | Arrest (Rule 5(c)(3)) of Jose Carrasquillo. (gq, ) (Entered: 04/07/2006) |
| 04/07/2006 | 2 | CJA 23 Financial Affidavit by Jose Carrasquillo. Appointed Deirdre Von Dornum.(Signed by Judge Theodore H. Katz ) (gq, ) (Entered: 04/07/2006) |
| 04/07/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Carrasquillo. Deirdre Von Dornum for Jose Carrasquillo appointed. (Signed by Judge Theodore H. Katz on 4/7/2006)(gq, ) (Entered: 04/07/2006) |
| 04/07/2006 | 4 | NOTICE OF ATTORNEY APPEARANCE: Deirdre Von Dornum appearing for Jose Carrasquillo. (gq, ) (Entered: 04/07/2006) |