UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

                              MJ 04-1670-TSH

JOSE CARRASQUILLO,
    Defendant,

ORDER OF APPOINTMENT OF COUNSEL

May 4, 2006

HILLMAN, M.J.

    It is hereby ORDERED that Oscar Cruz, Jr. of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                                Timothy S. Hillman
                                                MAGISTRATE JUDGE

                                                By the Court:

                                                /s/ Lisa B. Roland
                                                Lisa B. Roland
                                                Deputy Clerk