UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-MJ-01670-TSH |
| | ) | |
| JOSE CARRASQUILLO | ) | |

ASSENTED-TO MOTION TO CONTINUE
<u>DETENTION AND PROBABLE CAUSE HEARING</u>

Defendant, Jose Carrasquillo, hereby respectfully requests a continuance of the detention and probable cause hearing currently scheduled for May 8, 2006 at 3:00 p.m.  The additional time will allow defense counsel to review documents provided by the government on this criminal complaint and to further discuss the issue of detention with the defendant.

The Assistant United States Attorney assigned to this case, Sharon Kearney, has no objection to this request.  Both parties are available on May 25, 2006 if the Court can hear the matter on that date.

            JOSE CARRASQUILLO
            By his attorney,


            <u>/s/ Oscar Cruz, Jr.</u>
            Oscar Cruz, Jr.
             BBO# 630813
            Federal Defender Office
            408 Atlantic Ave., 3rd Floor
            Boston, MA  02110
            Tel: 617-223-8061

<u>Certificate of Service</u>

    I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2006.

                                              <u>/s/ Oscar Cruz, Jr.</u>
                                              Oscar Cruz, Jr.