UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  )  v.                                                          )  )  JOSE CARRASQUILLO, a/k/a "Sandy",  )  Defendant,                             )  ) | CRIMINAL ACTION  NO. 04-1670-TSH |

**FINDINGS AND ORDER ON PROBABLE CAUSE AND THE GOVERNMENT'S MOTION FOR DETENTION**
May 30, 2006

**HILLMAN, M.J.**

I. Nature of the Offense and the Government's Motion

The Defendant is before the Court for a probable cause determination on a Criminal Complaint which alleges that on October 8 and 10, 2003, he knowingly or intentionally distributed cocaine base, in violation of 21 U.S.C. 841(a)(1). The Government moved to detain Mr. Carrasquillo pursuant to 18 U.S.C. §3142(f)(1)(C)(Mr. Carrasquillo is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the "Controlled Substances Act"), and (f)(2)(A)(risk of flight)

II. Discussion

In support of their application, the Government called FBI Special Agent Jeffrey Wood, who testified that as the result of information that the FBI received from a cooperating witness,

they targeted the Defendant and set up several buys of narcotics. Those buys are alleged to have taken place on October 3, 8 and 10, 2003.[1] The cooperating witness who conducted the sales, identified a photograph of the Defendant before the sales took place and was also wearing a microphone so that the transaction could be monitored and recorded.

The October 3 and 10, 2003 transactions described in the Complaint took place at an apartment located at 36 Winter Street in Lawrence. The owner of the building at 36 Winter Street was recently shown a picture of Mr. Carrasquillo and identified him as the person who, in October 2003, was renting that apartment.

In October 2002, Mr. Carrasquillo was indicted for possession of approximately 100 grams of crack cocaine in Worcester Superior Court; those charges arose out of a traffic stop by the Massachusetts State Police. Those charges, which were pending at the time that Mr. Carrasquillo allegedly committed the offenses charged in the Complaint, remain pending.

### III. Probable Cause

I find probable cause to believe that the Defendant, Jose Carrasquillo, sold crack cocaine to a cooperating witness working for the Government on at least three occasions, in violation of 21 U.S.C. §§841(a)(1).

---

[1] The Complaint charges Mr. Carrasquillo with distributing crack cocaine on or about October 8 and 10, 2003. The affidavit affixed to the Complaint describes purchases of crack cocaine by a cooperating witness from Mr. Carrasquillo on October 3 and October 10, 2003. Specifically, on October 3, 2003, the cooperating witness is alleged to have purchased approximately 4.1 grams of crack cocaine from Mr. Carrasquillo. On October 10, 2003, the cooperating witness allegedly made two separate purchases of crack cocaine from Mr. Carasquillo, one for approximately 3.9 grams of crack cocaine and one for approximately 5.4 grams of crack cocaine. Although only the drug transactions which occurred on October 3 and 10, 2003 are described on the Complaint Affidavit, Agent Wood testified that additional transactions took place and are described in DEA reports.

IV. Detention

At the conclusion of the hearing, I informed the parties that I would be making a finding that probable cause existed for the charges against Mr. Carrasquillo in the Complaint. Mr. Carrasquillo then assented to an Order of Detention, but reserved his right to a detention hearing in the future.

V.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Carrasquillo be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Carrasquillo be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Carrasquillo is detained and confined shall deliver them to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/s/Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE
