# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-1670-TSH** |
| JOSE CARRASQUILLO, | ) | |
| Defendant, | ) | |

## INTIAL STATUS REPORT
### July 14, 2006

**HILLMAN, M.J.**

The following is an Initial Status Report to Saylor, .J. to whom this case will be assigned:

1.  <u>Discovery</u>

The parties are in the process of finalizing their respective discovery obligations.

2.  <u>Status of Plea Negotiations</u>

The parties continue to have extensive negotiations in an effort to arrive at a pre-indictment, plea agreement. They are hopeful that they will reach an agreement or, in the absence of a plea agreement, submit a contested plea for the courts consideration. They have asked for a continuance to complete discovery and to finalize their negotiations. I have granted that request.

3.  <u>Final Status Conference</u>

A final status conference shall be held in this case on September 7, 2006 at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

    4.    <u>Excludable Time</u>

Counsel have jointly agreed that the time for indicting Mr. Carrasquillo should be excluded through September 7, 2006. However, a pre-indictment request for the entry of an Order of Excludable Time must be ruled on by a district court judge. Therefore, the Government should file an assented to motion with Judge Saylor seeking the entry of an Order of Excludable Time through September 7, 2006.

    /s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE